**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMUNITY HOME LOANS, a licensed California Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN WATSON d/b/a Community Home Loans; and DOES 1-50, inclusive,<br><br>  Defendants. | ) CV F 06-0367 AWI DLB<br>)<br>) ORDER VACATING JULY 31, 2006<br>) HEARING AND<br>) CONTINUING MOTION<br>) TO DISMISS TO SEPTEMBER<br>) 11, 2006<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On July 20, 2006, the parties filed the following stipulation to continue the hearing on Defendant's Rule 12 motion:

The parties in the above captioned matter, by and through their attorneys of record, hereby stipulate to the following:

1. Defendant JOHN WATSON, d/b/a COMMUNITY HOME LOANS' Motion to Dismiss, which is currently scheduled for July 31, 2006, be continued to September 11, 2006. No prior continuances have been sought or obtained and the date of September 11, 2006, was available at the time of the call to Judge Ishii's court clerk on Friday, July 7, 2006.

2. Good cause exists for the continuance as set forth below.

3. Defendant's counsel received Notice of Non-Availability of counsel for Plaintiff. This notice of non-availability includes the dates of July 31, 2006 through August 30, 2006. This date is inclusive of the currently scheduled hearing date of July 31, 2006.

4. A non-continuance of this hearing date would potentially prejudice the Plaintiff in this matter.

5. This stipulation may be executed in counterparts and may be submitted to the court in that manner.

Respectfully submitted.

DATED: July _____, 2006.

    BAKER, MANOCK & JENSEN
    By   /s/

    Joseph M. Marchini
    Dirk B. Paloutzian
    Attorneys for Defendant JOHN WATSON

DATED: July _____, 2006.

    TOMMASSIAN, PIMENTEL & SHAPAZIAN

    By   /s/

    Paul J. Pimentel
    Attorneys for Plaintiff COMMUNITY HOME LOANS

# ORDER

**PURSUANT TO THE ABOVE STIPULATION** of the parties and good cause having been shown, it is hereby ordered that Defendant's motion to dismiss in the matter which was scheduled for July 31, 2006, be continued to September 11, 2006 at 1:30 p.m. in Department 2 of the above-entitled court.

IT IS SO ORDERED.

**Dated:   July 24, 2006**                         **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE